AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**FILED**
**NOV 15 2007**
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA

v

TERRENCE S. WALTERS

# CRIMINAL COMPLAINT

(Name and Address of Defendant)

CASE NUMBER: 0 7 - 5 6 5 - M - 0 1

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __NOVEMBER 14, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __DETECTIVE GLENN LUPPINO__, and that this complaint is based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
DETECTIVE GLENN LUPPINO
UNITED STATES PARK POLICE

Sworn to before me and subscribed in my presence,

**NOV 15 2007**
Date

ALAN KAY
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

at Washington, D.C.
City and State

_____
Signature of Judicial Officer
ALAN KAY
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On November 14, 2007, at about 7:53 p.m., sworn officers with the United States Park Police conducted a traffic stop at Galveston and South Capitol Streets, S.W., Washington, D.C. Officers approached the driver's side and explained to the defendant, Terrence Walters, why they had pulled him over. While talking with the defendant, officers detected the odor of burnt marijuana. When officers asked the defendant if he had any marijuana, the defendant directed officers to his outer right jacket pocket which had a clear cellophane containing a green leafy substance. A portion of the green leafy substance field tested positive for THC. The defendant was removed from the vehicle, and a search of the defendant resulted in the recovery $2360 from his pants pockets. Officers searched the vehicle and recovered a black BMW knapsack which contained a loaded Taurus 9mm semi-automatic pistol, a clear freezer bag containing a white powder substance and the defendant's passport and mail matter in his name. A portion of the white powder substance field tested positive for cocaine. Officers placed the defendant under arrest. The approximate weight of the suspected cocaine was 519 grams, which is an amount commonly indicating that the suspected cocaine was going to be sold to others rather than used exclusively by the defendant.

_____
DETECTIVE GLENN LUPPINO
UNITED STATES PARK POLICE

NOV 15 2007

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF NOVEMBER, 2007.

_____
U.S. MAGISTRATE JUDGE

ALAN KAY
U.S. MAGISTRATE JUDGE