UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **MAGISTRATE NO. 07-565M** |
| | : | |
| **v.** | : | |
| | : | |
| **TERRANCE S. WALTERS,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney David Saybolt, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____

DAVID SAYBOLT
Assistant United States Attorney
Federal Major Crimes , MD Bar
555 4th Street, NW,  Room 4840
Washington, DC 20530
202-307-6080